IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN DENENBERG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV3182** |
| vs. | ) | |
| | ) | **ORDER** |
| **LED TECHNOLOGIES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Peter C. Lemire and the firm Leyendecker & Lemire, LLC, for leave to withdraw as counsel for defendant, LED Technologies, LLC. The defendant has retained local counsel.

**IT IS ORDERED** that the motion (Doc. 8) is granted, as follows:

1. The appearance of Peter C. Lemire and the firm Leyendecker & Lemire, LLC, is hereby deemed withdrawn. The court will terminate future notices to Mr. Lemire in this case.

2. For purposes of this case, Peter C. Lemire is excused from registering for admittance to practice in this district and registering for the court's CM/ECF System.

**DATED October 28, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**