## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEVEN DENENBERG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:09CV3182** |
| vs. ) | |
| ) | **PROTECTIVE ORDER** |
| **LED TECHNOLOGIES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

To ensure that confidential or proprietary information and documents disclosed through the course of discovery in this lawsuit is not used or disclosed by any party for any purpose other than the instant litigation,

**IT IS ORDERED** that the parties' Stipulated Protective Order (#35) is approved, as follows:

1. "Confidential information" shall include the parties' financial records. Any confidential information produced or information provided by a party in response to any discovery request may be designated as "confidential" in the following manner:

   a. by imprinting the word "confidential" on the first page or cover of any document produced;

   b. by imprinting the word "confidential" next to or above any Answer to any Interrogatory or any other discovery request;

   c. with respect to portions of a deposition transcript, by making arrangements with the attending court reporter to bind the confidential portions of such transcripts separately and labeling them as "confidential."

2. The parties shall not disclose any "confidential information" to any person not a party to this litigation during or after the pendency of this case, nor shall "confidential information" be used for any purpose other than the prosecution or defense of this case unless required by law or permitted by order of the Court.

3. This Protective Order shall apply to the parties and their agents, attorneys, and experts.

4. "Confidential information" may be disclosed to the Court, Court personnel, jurors or mediators without the prior approval of the disclosing party. However, if any party wishes to file the "confidential information" of another party, it shall file said information under seal **in accordance with the procedure set out in NECivR 7.5** (unless the disclosing party agrees that the "confidential information" need not be filed under seal).

5. The parties shall not make or permit the making of more copies of any "confidential information" than are reasonably necessary for the conduct of settlement negotiations, discovery, or trial preparation of this case.

6. Upon final resolution of this case, the parties shall return all copies of the "confidential information" to the disclosing party and shall not keep any copy of same.

7. Any dispute arising under this Protective Order shall be submitted to the Court for resolution.

8. All provisions of this Protective Order restricting the use, disclosure, or communication of any "confidential information" shall continue to be binding on the parties, and their successors, assigns and heirs, after the conclusion of this action.

**DATED September 24, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**